**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CELLULAR TELEPHONE ASSIGNED CALL NUMBER (806) 640-9490, WITH IMSI/ ESN 310260064924656 | 8:20MJ271<br><br>ORDER TO DELAY NOTIFICATION OF WARRANT FOR CELL PHONE LOCATION INFORMATION<br>(Fed. R. Crim. P. 41,<br>18 U.S.C. §§ 3103a & 2705)<br><br>**(UNDER SEAL)** |

Request having been made before me by the United States of America, by and through Christopher L. Ferretti, Assistant United States Attorney, for an Order delaying notification of execution of the Search Warrant in the matter captioned above for 90 days;

AND the Court having found reasonable cause to believe that providing notice of the Search Warrant at this time may have an adverse result as defined in Title 18, United States Code, Sections 3103a(b)(1) & 2705;

NOW THEREFORE, IT IS ORDERED, that the government is authorized to delay service of notice for a period of 90 days from June 29, 2020 (to September 28, 2020), to any person, or until further Order of the Court; and

IT IS FURTHER ORDERED that this Order and the government's Request are hereby SEALED until further Order of the Court.

Dated: June  26 , 2020.

*/s/ Susan M. Bazis*
SUSAN M. BAZIS
United States Magistrate Judge